# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                          Case

GZ GOURMET FOOD & BEVERAGE, INC.
vs. RADIOACTIVE ENERGY OF ILLINOIS,
LLP AND WALTER ASCHER


FILED
DEC 18 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

GZ GOURMET FOOD & BEVERAGE, INC.

07CV7110
JUDGE DOW
MAGISTRATE JUDGE BROWN

| SIGNATURE | |
|---|---|
| FIRM  LAW OFFICE OF PETER ORDOWER | |
| STREET ADDRESS  10 S. LASALLE ST., SUITE 3500 | |
| CITY/STATE/ZIP  CHICAGO, IL 60603 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)  3127567 | TELEPHONE NUMBER  312-263-8060 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☑  NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐  NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☑  NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☑  NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.  RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | |