IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GZ GOURMET FOOD AND BEVERAGE, INC., a California Corporation, ) ) ) | |
| Plaintiff, ) ) ) | |
| v. ) ) | No. 07 CV 7110 |
| RADIOACTIVE ENERGY OF ILLINOIS, LLC, an Illinois Limited Liability Company, and WALTER ASCHER, an Individual, ) ) ) ) ) | |
| Defendants. ) | |

## MOTION TO DISMISS

NOW COMES, Defendant, RADIOACTIVE ENERGY OF ILLINOIS, LLC ("Radioactive"), by its attorneys, MOMKUS McCLUSKEY, LLC, and for its Motion to Dismiss, pursuant to Rule 12(b)(6), states as follows:

1      Plaintiff GZ Gourmet Foods & Beverage, Inc. filed its Complaint against Radioactive and Walter Ascher on December 18, 2007. A true and correct copy of the Complaint, excluding exhibits, is attached hereto as Exhibit A.

2.     Radioactive was served with the Complaint on or about January 2, 2008.

3.     The Complaint that was served on Radioactive is incomplete, as pages 2 through 6 and page 10 are missing. Pages 2 through 6 appear to likely include most of the prefatory allegations that are common to all counts of the Complaint. Indeed, paragraphs 2 through 21, which are missing in whole or in part, are reincorporated into all counts.

4.     Counsel for Radioactive contacted this Court's clerk's office to determine if a complete Complaint was filed by the Plaintiff and learned that the Complaint filed with the Court was also missing the same pages.

5.      Because the Plaintiff's Complaint is incomplete, Defendant Radioactive is unable to properly answer or respond to it.

6.      Because the Plaintiff's Complaint is incomplete, Plaintiff has failed to state a claim upon which relief can be granted. Thus, pursuant to Rule 12(b)(6), this Court should appropriately dismiss the Complaint.

WHEREFORE, Defendant, RADIOACTIVE ENERGY OF ILLINOIS, LLC, respectfully requests that this Court dismiss the Complaint against it and order any further relief it deems necessary.

Respectfully submitted,

*/s/ Jennifer L. Moore*
One of Its Attorneys

James F. McCluskey
Steven B. Ekker
Jennifer L. Moore
Momkus McCluskey, LLC
3051 Oak Grove Drive, Suite 220
Downers Grove, Illinois 60515
630.434.0400
Attorneys for Defendant, Radioactive Energy of Illinois, LLC

W:\26_59\4231.070508\Federal Court Action\Pleadings\MotDismiss07Action.doc

2