IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| GZ GOURMET FOOD AND BEVERAGE, INC., | ) | |
| a California Corporation, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 07 CV 7110 |
| | ) | |
| RADIOACTIVE ENERGY OF ILLINOIS, LLC, | ) | |
| an Illinois Limited Liability Company, and | ) | |
| WALTER ASCHER, an Individual, | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF MOTION

TO:    Peter Ordower
        Law Offices of Peter Ordower
        10 South LaSalle Street, Suite 3500
        Chicago, IL 60603

**YOU ARE HEREBY NOTIFIED** that we will appear in the United States District Courthouse located at 219 South Dearborn Street, Chicago, Illinois, on the **31st** day of **January, 2008** at **9:15 a.m.**, before The Honorable Robert M. Dow, Jr. or any other judge sitting in his stead in Room 1719, Chicago, Illinois and then and there present *Defendant Radioactive Energy of Illinois, LLC's Motion to Dismiss*, a copy of which is attached hereto.

MOMKUS McCLUSKEY, LLC

By:_____/s/Steven B. Ekker_____
            Steven B. Ekker

MOMKUS McCLUSKEY, LLC
3051 Oak Grove Rd., Suite 220
Downers Grove, IL 60515
(630) 434-0400; Fax: (630) 434-0444
Attorneys for Defendant Radioactive Energy of Illinois, LLC
Attorney No. 6216016
W:\26_59\4231.070508\Federal Court Action\Pleadings\NOM-MotionDismiss.doc

## **PROOF OF SERVICE**

Under penalties as provided by laws, pursuant to Section 1-109 of the Code of Civil Procedure, Connie Arvia, a non-attorney, certifies that she has caused Defendant, Radioactive Energy of Illinois, LLC's Motion to Dismiss, and this Notice of Motion to be electronically served upon the above listed parties on January 22, 2008.

/s/Connie Arvia

Connie Arvia

MOMKUS MCCLUSKEY, LLC
3051 Oak Grove Rd., Suite 220
Downers Grove, IL 60515
(630) 434-0400; Fax: (630) 434-0444
Attorneys for Defendant Radioactive Energy of Illinois, LLC
Attorney No. 62160160
W:\26_59\4231.070508\Federal Court Action\Pleadings\NOM-MotionDismiss.doc