IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GZ GOURMET FOOD AND BEVERAGE, INC. )<br>a California Corporation )<br>                      Plaintiff, )<br>           -vs- )<br>                        )<br>RADIOACTIVE ENERGY OF ILLINOIS, LLC., )<br>an Illinois Limited Liability Company; and )<br>WALTER ASCHER, an Individual, )<br>                        )<br>                        )<br>                  Defendants. ) | Civil Action No.<br>07C 7110<br><br>Judge Dow<br>Magistrate Judge Brown |

## MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT

Plaintiff GZ Gourmet Food and Beverage, Inc. ("GZ"), by its attorney, Peter Ordower, moves the Court for leave to file a First Amended Complaint, stating as follows:

1. On December 18, 2007, GZ filed its original Complaint in paper form, as its counsel was not yet certified for electronic filing.

2. The Complaint which was filed inadvertently failed to include several pages of text.

3. GZ now wishes to file a First Amended Complaint which includes the missing pages, as well as several other small changes, to correct the filing error. There are no new counts or claims.

4. GZ's counsel has been certified for electronic filing since the original Complaint was filed.

5. A copy of the proposed First Amended Complaint accompanied this Motion.

WHEREFORE, GZ Gourmet Food and Beverage, Inc. respectfully moves the Court for leave to file its First Amended Complaint <u>instanter</u>.

                        GZ GOURMET FOOD AND BEVERAGE, INC.

                        By:_____
                              One of Its Attorneys

The Law Office of Peter Ordower
10 S. LaSalle Street
 Suite 3500
Chicago, Illinois 60603
312-263-8060