# HUFF & GAINES LTD.
ATTORNEYS AT LAW

SUITE 3500
10 SOUTH LA SALLE STREET
CHICAGO, ILLINOIS 60603-1024

TELEPHONE (312) 606-0700
FACSIMILE (312) 606-0027
www.huffandgaines.com

September 5, 2007

Mr. Walter Ascher
Manager
Radioactive Energy of Illinois, LLC.
225 E. Irving Park Road
Roselle, IL 60172

REGISTERED MAIL

Dear Mr. Ascher:

Please find enclosed a letter authorized by my client GZ Gourmet Food & Beverage, Inc. ("GZ") formally terminating the Distributor Agreements of March 2 and March 14, 2007 pursuant to the relevant provisions thereof.

As you know, representatives of GZ are interested in discussing further with you the terms and conditions of a mutually acceptable new agreement with you which could serve as the basis to move forward. In order to achieve this objective, however, it was necessary to formally terminate the existing agreements for the reasons set forth in the enclosed letter.

Very truly yours,

John J. Gaines III



HUFF & GAINES LTD.
ATTORNEYS AT LAW
SUITE 3500
10 SOUTH LA SALLE STREET
CHICAGO, ILLINOIS 60603-1024

TELEPHONE (312) 606-0700
FACSIMILE (312) 606-0027
www.huffandgaines.com

September 5, 2007

Mr. Walter Ascher
Manager
Radioactive Energy of Illinois, LLC.
225 E. Irving Park Road
Roselle, IL 60172

REGISTERED MAIL

Dear Mr. Ascher:

    Reference is made to the Distributorship Agreements (the "Agreements") dated March 2 and March 14, 2007, respectively, by and between GZ Gourmet Food and Beverage, Inc. and Walter Ascher (or his controlled entity) (collectively, "Ascher"). Capitalized terms used herein are as defined in the Agreements.

    This constitutes formal notice of termination of the Agreements for cause pursuant to Articles XI, section 11.3.3 thereof in that Ascher, at all times during the term of the Agreements, has failed to function in the ordinary course of business by failing or omitting to perform any of its obligations under Article IV of the Agreement, including, but not limited to, i) use its best efforts to merchandise, promote, advertise, develop and maintain the sales and distribution of Product in the Territory and to make its best efforts to effect the expansion of sales and distribution throughout the term of the Agreement, ii) to maintain at all times a qualified selling staff, iii) failure to meet the agreed upon minimum monthly purchase requirements for the specified quantities of the Product, iv) to maintain within the Territory an inventory of the Product adequate to satisfy demand for the Product within the Territory, iv) to pay promptly invoices for the Product and related materials specifically ordered from the Company, v) to provide the Company monthly with complete sales data for the prior month and vi) to use commercially reasonable efforts to perform each of the duties described in 4.1 and 4.2 of the Agreements in a manner that preserves and protects the Company's business reputation and its proprietary rights in the Product. Accordingly, as a result of the termination of the Agreements effective as of the date hereof, you are ordered immediately to cease any further operations as a distributor.

HUFF & GAINES LTD.

Pursuant to Article XI of the Agreements, you are required to perform certain obligations upon termination, including, but not limited to, immediately a) return to the Company all Confidentiality Information and technology in tangible form, all advertising material, sales records, price lists, etc., b) to cease using stationery identifying it as a distributor of the Company, and c) to pay forthwith all sums owing to the Company. In the latter regard, you have previously received invoices for Product and related materials which have gone unpaid. To the extent there may be any bona fide offsets or credits to your account they will be taken into consideration once full payment on the invoices is made. Your attention is directed to the terms and conditions of Article XI, including Section 11.5 thereof, with respect to which Ascher is responsible to the Company.

This is also to demand that Ascher forthwith terminate the parallel website which it has continued to maintain in violation of the Agreements notwithstanding the Company's repeated requests that the illegal website be shut down. Your attention is directed to Section 9.1(c) of the Agreements regarding the requirement to obtain the Company's approval for advertising of the Product.

Finally, the name Radioactive Energy of Illinois, LLC ("RE of Illinois") is confusingly similar to the name of the Company's Product "Radioactive Energy" and has, in fact, resulted in multiple instances in which third parties have formed the conclusion that RE of Illinois was the manufacturer of the Product and that its agents and employees, including Mr. Ascher, constituted the officers and executive employees of the Company. The confusion created by the continued use of the name RE of Illinois has damaged the Company and its reputation in the business community. Please promptly change the name of RE of Illinois to another title which would not tend to cause confusion with the Company's name or products and provide evidence of the filings with the Illinois Secretary of State's office that the name change has been effected.

Further, we understand that in several cases employees and agents of Ascher have represented themselves as officers of the Company having the authority to be quoted as such. This is formal notice that no employee or representative of Ascher is authorized to represent that he or she speaks as a principal, agent or spokesperson of the Company.

Failure to comply with each of the terms and conditions set forth herein regarding the termination of the Agreements and the demands made herein relating to the unauthorized website, the unauthorized representation of the Company and the continued use of the words "Radioactive Energy" in the name of RE of Illinois, shall result in the prompt commencement of legal action to enforce the demands made herein and to request monetary damages and other relief to compensate for the injuries and loss of business reputation suffered by the Company and to prevent further injuries.

Very truly yours,

John J. Gaines III

# HUFF & GAINES LTD.
### ATTORNEYS AT LAW
SUITE 3500
10 SOUTH LA SALLE STREET
CHICAGO, ILLINOIS 60603-1024

TELEPHONE (312) 606-0700
FACSIMILE (312) 606-0027
www.huffandgaines.com

September 5, 2007

Mr. Robert Grady
Radioactive Energy of Illinois, LLC.
225 E. Irving Park Road
Roselle, IL 60172

REGISTERED MAIL

Dear Mr. Grady:

    This is to demand that you cease forthwith from continuing to represent yourself to third parties as an employee, agent or other representative of GZ Gourmet Food and Beverage, Inc. or Radioactive Energy (collectively, the "Company"). As you know, you have never been authorized in writing or otherwise to represent yourself as an employee or agent of the Company. The fact that you have done so has resulted in multiple instances of confusion on the part of third parties with whom the Company is or has been dealing. As a consequence, the Company has and may continue to suffer damages in an unspecified dollar amount as a result of your unauthorized actions.

    Failure to comply with this demand shall result in the prompt commencement of legal action to enjoin you from continuing to make unauthorized statements that you represent the Company or its interests.

    If you have any question, please contact the undersigned.

Very truly yours,

John J. Gaines III