# Walter Ascher

225 E. Irving Park Road
Roselle, IL 60172
Email ascher1@sbcglobal.net
Phone: (630)307-1106   Fax: (630)307-3797

| Home | Real Estate | Accounting | Available Properties |

## Walter Ascher, J.D., LLM



- Juris Doctor & Master of Tax Law Degrees
- Passed the Illinois Bar
- Enrolled to practice Internal Revenue Service
- Licensed Real Estate Broker
- Senior Appraiser
- Certified Financial Planner
- College Business Course Instructor
- Real Estate Developer and Investor
- Franchise Development

Own and Manage:

- Shopping Centers
- Office Buildings
- New Construction
- Apartment Complexes
- Condo Conversions
- Triple Net Investments
- Industrial Property



## Completed & Current Projects

- Bought, converted and sold 228 apartment unit complex in 6 month period ($28,000,000 Project)
- Bought and converted 8 unit (54,000 sq. ft) industrial unit into industrial condos.
- Sold and bought triple net gas stations
- Constructed new homes
- Sold shopping center/office buildings
- Formed Truck Financial Corp - 8% return opportunity for investors
- Purchased 240 unit apartment complex to be converted to condominiums



http://walterascher.com/                                    12/14/2007

($36,000,000)
- Started pizza franchise – expect to sell 500 units world wide
- Bought shopping center
- Obtained franchise for selling Chinese Motor vehicles in local area
- New home construction
- Bought & sold businesses

Designed by StuffNearby.com