Radioactive Energy - Windows Internet Explorer