**HUFF & GAINES** LTD.
ATTORNEYS AT LAW
SUITE 3500
10 SOUTH LA SALLE STREET
CHICAGO, ILLINOIS 60603-1024

TELEPHONE (312) 606-0700
FACSIMILE (312) 606-0027
www.huffandgaines.com

September 5, 2007

Mr. Walter Ascher
Manager
Radioactive Energy of Illinois, LLC.
225 E. Irving Park Road
Roselle, IL 60172

REGISTERED MAIL

Dear Mr. Ascher:

  Reference is made to the Distributorship Agreements (the "Agreements") dated March 2 and March 14, 2007, respectively, by and between GZ Gourmet Food and Beverage, Inc. and Walter Ascher (or his controlled entity) (collectively, "Ascher"). Capitalized terms used herein are as defined in the Agreements.

  This constitutes formal notice of termination of the Agreements for cause pursuant to Articles XI, section 11.3.3 thereof in that Ascher, at all times during the term of the Agreements, has failed to function in the ordinary course of business by failing or omitting to perform any of its obligations under Article IV of the Agreement, including, but not limited to, i) use its best efforts to merchandise, promote, advertise, develop and maintain the sales and distribution of Product in the Territory and to make its best efforts to effect the expansion of sales and distribution throughout the term of the Agreement, ii) to maintain at all times a qualified selling staff, iii) failure to meet the agreed upon minimum monthly purchase requirements for the specified quantities of the Product, iv) to maintain within the Territory an inventory of the Product adequate to satisfy demand for the Product within the Territory, iv) to pay promptly invoices for the Product and related materials specifically ordered from the Company, v) to provide the Company monthly with complete sales data for the prior month and vi) to use commercially reasonable efforts to perform each of the duties described in 4.1 and 4.2 of the Agreements in a manner that preserves and protects the Company's business reputation and its proprietary rights in the Product. Accordingly, as a result of the termination of the Agreements effective as of the date hereof, you are ordered immediately to cease any further operations as a distributor.

