UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – **CM/ECF LIVE, Ver 3.0**
Eastern Division

GZ Gourmet Food and Beverage, Inc.
                                    Plaintiff,

v.                                                          Case No.: 1:07−cv−07110
                                                            Honorable Robert M. Dow Jr.

Radioactive Energy of Illinois, LLC, et al.
                                    Defendant.


**NOTIFICATION OF DOCKET ENTRY**


This docket entry was made by the Clerk on Thursday, January 31, 2008:


    MINUTE entry before Judge Robert M. Dow Jr.:Motion by defendant Radioactive to dismiss [6] is withdrawn on defendant's oral motion. Plaintiff's Motion to amend/correct [11]the complaint is granted. Defendants are given until 2/27/08 within which to answer or otherwise plead to the amended complaint. Status hearing date of 2/20/08 is stricken and Status hearing reset for 3/5/2008 at 09:45 AM.Mailed notice(tbk, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.