IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| GZ  GOURMET FOOD AND BEVERAGE, INC. a California Corporation | ) ) | |
| Plaintiff, | ) | |
| -vs- | ) ) | Civil Action No. 07C 7110 |
| RADIOACTIVE ENERGY OF ILLINOIS, LLC., an Illinois Limited Liability Company; and WALTER ASCHER, an Individual, | ) ) ) ) ) | Judge Dow Magistrate Judge Brown |
| Defendants. | ) | |

NOTICE OF FILING

PLEASE TAKE NOTICE that we have today filed  a First Amended Complaint with the

United States District Court for the Northern District of Illinois, , a copy of which

accompanies this Notice.

        Dated:  Feb. 1, 2008

                        GZ GOURMET FOOD AND BEVERAGE, INC.

                        By:_ s/_____
                                One of Its Attorneys

Peter Ordower
The Law Office of Peter Ordower
10 S. LaSalle Street
Suite 3500
Chicago, IL 60603
(312) 263-8060