IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| GZ GOURMET FOOD AND BEVERAGE, INC. ) | | |
| a California Corporation ) | | |
| Plaintiff, ) | | |
| -vs- ) | | Civil Action No. |
| ) | | 07C 7110 |
| RADIOACTIVE ENERGY OF ILLINOIS, LLC., ) | | |
| an Illinois Limited Liability Company; and ) | | Judge Dow |
| WALTER ASCHER, an Individual, ) | | Magistrate Judge Brown |
| ) | | |
| ) | | |
| Defendants. ) | | |

NOTICE OF FILING

PLEASE TAKE NOTICE that we have today filed a First Amended Complaint with the United States District Court for the Northern District of Illinois, , a copy of which accompanies this Notice.

Dated: Feb. 1, 2008

GZ GOURMET FOOD AND BEVERAGE, INC.

By: _s/_____
One of Its Attorneys

Peter Ordower
The Law Office of Peter Ordower
10 S. LaSalle Street
Suite 3500
Chicago, IL 60603
(312) 263-8060