IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GZ GOURMET FOOD AND BEVERAGE, INC., a California Corporation, <br><br> Plaintiff, <br><br> v. <br><br> RADIOACTIVE ENERGY OF ILLINOIS, LLC, an Illinois Limited Liability Company, and WALTER ASCHER, an Individual, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> No. 07 CV 7110 |

**NOTICE OF FILING**

TO:  Peter Ordower
     Law Offices of Peter Ordower
     10 South LaSalle Street, Suite 3500
     Chicago, IL 60603

  **PLEASE TAKE NOTICE** that on February 27, 2008, we electronically filed with the Clerk of the United States District Court for the Northern District of Illinois, Defendant, Radioactive Energy of Illinois, LLC's Answers to First Amended Complaint and Affirmative Defenses and this Notice of Filing, copies of which are enclosed herein.

              MOMKUS McCLUSKEY, LLC

              By: /s/ Steven B. Ekker
                 Steven B. Ekker

**CERTIFICATE OF SERVICE**

  Under penalties as provided by laws, pursuant to Section 1-109 of the Code of Civil Procedure, Connie Arvia, a non-attorney, certifies that she has caused this Notice of Filing and all referenced enclosures to be electronically served upon the above listed parties on February 27, 2008.

                /s/ Connie Arvia
                Connie Arvia

MOMKUS McCLUSKEY, LLC
3051 Oak Grove Drive, Suite 220
Downers Grove, Illinois 60515
(630) 434-0400
Attorneys for Defendant, Radioactive Energy of Illinois, LLC
Attorney No. 6216016