**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.0**
**Eastern Division**

GZ Gourmet Food and Beverage, Inc.
                                        Plaintiff,

v.                                                    Case No.: 1:07−cv−07110
                                                    Honorable Robert M. Dow Jr.

Radioactive Energy of Illinois, LLC, et al.
                                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, March 5, 2008:

      MINUTE entry before Judge Robert M. Dow Jr.:Status hearing held on 3/5/2008. Parties to make disclosures pursuant to Fed. R.Civ.P. 26(a)(1) by 4/7/08. All fact discovery to be completed by 12/31/08. Reports from retained experts under Fed.R.Civ.P. 26(a)(2) are due from Plaintiff by 1/31/09 and from defendants by 3/3/09. All discovery from experts shall be completed by 4/3/09. Status hearing set for 9/3/2008 at 09:00 AM.Mailed notice(tbk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.