# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Robert Dow, Jr. | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 7110 | **DATE** | 3/5/2008 |
| **CASE TITLE** | GZ GOURMET FOOD AND BEVERAGE vs. RADIOACTIVE ENERGY OF ILLINOIS | | |

**DOCKET ENTRY TEXT**

Leave is granted to Attorney Steven Brian Ekker to file his appearance on behalf of defendant Walter Ascher on or before 3/17/08.
Defendant Ascher is given to and including 4/1/08 within which to answer or plead to the complaint.

Docketing to mail notices.

00:5

| | Courtroom Deputy Initials: | TBK |
|---|---|---|