**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: 07 CV 7110 |
|---|---|
| GZ GOURMET FOOD AND BEVERAGE, INC. a California Corporation vs. RADIOACTIVE ENERGY OF ILLINOIS, LLC, et al. | |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

WALTER ASCHER

| NAME (Type or print) |
|---|
| Steven B. Ekker |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
|---|
| s/ Steven B. Ekker |

| FIRM |
|---|
| Momkus McCluskey, LLC |

| STREET ADDRESS |
|---|
| 3051 Oak Grove Drive, Suite 220 |

| CITY/STATE/ZIP |
|---|
| Downers Grove, IL, 60515 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6216016 | (630) 434-0400 ext. 107 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐