# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                            Case Number: 07 CV 7110

GZ GOURMET FOOD AND BEVERAGE, INC. a California Corporation vs. RADIOACTIVE ENERGY OF ILLINOIS, LLC, et al.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

WALTER ASCHER

| | |
|---|---|
| NAME (Type or print) <br> James F. McCluskey | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ James F. McCluskey | |
| FIRM <br> Momkus McCluskey, LLC | |
| STREET ADDRESS <br> 3051 Oak Grove Drive, Suite 220 | |
| CITY/STATE/ZIP <br> Downers Grove, IL, 60515 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 3124754 | TELEPHONE NUMBER <br> (630) 434-0400 ext. 104 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ | |