IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GZ GOURMET FOOD AND BEVERAGE, INC., a California Corporation, <br><br> Plaintiff, <br><br> v. <br><br> RADIOACTIVE ENERGY OF ILLINOIS, LLC, an Illinois Limited Liability Company, and WALTER ASCHER, an Individual, <br><br> Defendants. | No. 07 CV 7110 |

## NOTICE OF FILING

TO:    Peter Ordower
Law Offices of Peter Ordower
10 South LaSalle Street, Suite 3500
Chicago, IL 60603

**PLEASE TAKE NOTICE** that on April 1, 2008, we electronically filed with the Clerk of the United States District Court for the Northern District of Illinois, Defendant, Walter Ascher's Answers to First Amended Complaint and Affirmative Defenses and this Notice of Filing, copies of which are enclosed herein.

MOMKUS McCLUSKEY, LLC

By: /s/ Steven B. Ekker
Steven B. Ekker

## CERTIFICATE OF SERVICE

Under penalties as provided by laws, pursuant to Section 1-109 of the Code of Civil Procedure, Connie Arvia, a non-attorney, certifies that she has caused this Notice of Filing and all referenced enclosures to be electronically served upon the above listed parties on April 1, 2008.

/s/ Connie Arvia
Connie Arvia

MOMKUS McCLUSKEY, LLC
3051 Oak Grove Drive, Suite 220
Downers Grove, Illinois 60515
(630) 434-0400
Attorneys for Defendant, Radioactive Energy of Illinois, LLC
Attorney No. 6216016
W:\26_59\4231.070508\Federal Court Action\Pleadings\NOFAscherAnswerComplaint.doc