IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| GZ GOURMET FOOD AND BEVERAGE, INC., | ) | |
| a California Corporation, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 07 CV 7110 |
| | ) | Judge Dow |
| RADIOACTIVE ENERGY OF ILLINOIS, LLC, | ) | |
| an Illinois Limited Liability Company, and | ) | |
| WALTER ASCHER, an Individual, | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF MOTION

TO:   Peter Ordower
       Law Offices of Peter Ordower
       10 South LaSalle Street, Suite 3500
       Chicago, IL 60603

**YOU ARE HEREBY NOTIFIED** that we will appear in the United States District Courthouse located at 219 South Dearborn Street, Chicago, Illinois, on the **20th** day of **May, 2008** at **9:15 a.m.**, before The Honorable Robert M. Dow, Jr. or any other judge sitting in his stead in Room 1919, Chicago, Illinois and then and there present ***Defendants' Motion to Consolidate Actions and Discovery Schedules***, a copy of which is attached hereto.

                                                            MOMKUS McCLUSKEY, LLC

                                                            By:      /s/Steven B. Ekker
                                                                  Steven B. Ekker

MOMKUS McCLUSKEY, LLC
3051 Oak Grove Rd., Suite 220
Downers Grove, IL  60515
(630) 434-0400; Fax: (630) 434-0444
Attorneys for Defendant Radioactive Energy of Illinois, LLC
Attorney No. 6216016
W:\26_59\4231.070508\Federal Court Action\Pleadings\NOM MtConsolidateActions.doc

**PROOF OF SERVICE**

      Under penalties as provided by laws, pursuant to Section 1-109 of the Code of Civil Procedure, Connie Arvia, a non-attorney, certifies that she has caused Defendants' Motion to Consolidate Actions and Discovery Schedules and this Notice of Motion to be electronically served upon the above listed parties on May 12, 2008.

                                                /s/Connie Arvia
                                                 Connie Arvia

MOMKUS McCLUSKEY, LLC
3051 Oak Grove Rd., Suite 220
Downers Grove, IL 60515
(630) 434-0400; Fax: (630) 434-0444
Attorneys for Defendant Radioactive Energy of Illinois, LLC
Attorney No. 6216016
W:\26_59\4231.070508\Federal Court Action\Pleadings\NOM MtConsolidateActions.doc