# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Robert Dow, Jr. | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 7110 & 08 C 311 | **DATE** | 5/20/2008 |
| **CASE TITLE** | GZ Gourmet Foods & Beverage Incorporated et al vs. Radioactive Energy of Illinois, et al | | |

**DOCKET ENTRY TEXT**

Agreed Oral Motion for reassignment based on relatedness is granted. The case *of Radioactive Energy of Illinois, LLC et al v. GZ Gourmet Foods & Beverage Incorporated et al,* 08 C 311, Judge Andersen's case, is found to be related to *GZ Gourmet Foods & Beverage Incorporated et al vs. Radioactive Energy of Illinois, et al, 07 C 7110, Judge Dow's case.*
Defendants' Motion to consolidate actions and discovery schedules [31] is granted. The above-entitled cases are hereby consolidated for all purposes. Status hearing set for 6/24/08 at 9:00a.m.

Docketing to mail notices.

00:05

| | Courtroom Deputy Initials: | TBK |
|---|---|---|