IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| GZ GOURMET FOOD AND BEVERAGE, INC. ) | | |
| a California Corporation ) | | |
| Plaintiff, ) | | |
| -vs- ) | Civil Action No. 07 C 7110 | |
| ) | | |
| RADIOACTIVE ENERGY OF ILLINOIS, LLC., ) | Judge Dow | |
| an Illinois Limited Liability Company; and ) | | |
| WALTER ASCHER, an Individual, ) | Magistrate Judge Brown | |
| ) | | |
| ) | | |
| Defendants. ) | | |

## RESPONSE TO AFFIRMATIVE DEFENSES

GZ Gourmet Food and Beverage, Inc. ("GZ"), by its attorney, Peter Ordower, responds to Defendants's Affirmative Defenses as follows:

1-28. Plaintiff GZ denies each and every one of Defendants' Affirmative Defenses, and denies the First Affirmative Defense through the Twenty-Eight Affirmative Defense as set forth in paragraphs 69 through 96 of Defendants' Answer to Plaintiff's First Amended Complaint and Affirmative Defenses.

                                    GZ GOURMET FOOD AND BEVERAGE, INC.

                                    By:_____
                                        One of Its Attorneys

The Law Office of Peter Ordower
10 S. LaSalle Street
 Suite 3500
Chicago, Illinois 60603
312-263-8060