IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GZ GOURMET FOOD AND BEVERAGE, INC., a California Corporation, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) No. 07 CV 7110 ) (Consolidated with 08 CV 0311) |
| RADIOACTIVE ENERGY OF ILLINOIS, LLC, an Illinois Limited Liability Company, and WALTER ASCHER, an Individual, | ) ) ) ) |
| Defendants. | ) |

**NOTICE OF ADDRESS CHANGE**

TO:   Peter Ordower
      Law Offices of Peter Ordower
      10 South LaSalle Street, Suite 3500
      Chicago, IL 60603


   ***PLEASE TAKE NOTICE** that, **effective July 25, 2008**, the firm of Momkus McCluskey,*

*LLC will be relocating to:*

1001 Warrenville Road, Suite 500
Lisle, Illinois   60532

Phone Number and Fax Number will remain the same


                                        MOMKUS McCLUSKEY, LLC

                                        By:   /s/ Steven B. Ekker
                                              Steven B. Ekker


MOMKUS McCLUSKEY, LLC
3051 Oak Grove Road, Suite 220
Downers Grove, Illinois  60515
630-434-0400 --Phone
630-434-0444 – Fax
Attorneys for Defendant, Radioactive Energy of Illinois
Attorney No. 6126016
W:\26_59\4231.070508\Federal Court Action\Pleadings\NOFChangeofAddress.doc