IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GZ GOURMET FOOD AND BEVERAGE, INC., ) <br> a California Corporation, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> RADIOACTIVE ENERGY OF ILLINOIS, LLC, ) <br> an Illinois Limited Liability Company, and ) <br> WALTER ASCHER, an Individual, ) <br> ) <br> Defendants. ) | No. 07 CV 7110 <br> (Consolidated with 08 CV 0311) |

**NOTICE OF FILING**

TO: Peter Ordower
      Law Offices of Peter Ordower
      10 South LaSalle Street, Suite 3500
      Chicago, IL 60603

**PLEASE TAKE NOTICE** that on July 14, 2008, we electronically filed with the Clerk of the United States District Court for the Northern District of Illinois, Notice of Address Change, copies of which are enclosed herein.

                                                          MOMKUS McCLUSKEY, LLC

                                                          By: /s/ Steven B. Ekker
                                                                 Steven B. Ekker

**CERTIFICATE OF SERVICE**

      Under penalties as provided by laws, pursuant to Section 1-109 of the Code of Civil Procedure, Connie Arvia, a non-attorney, certifies that she has caused this Notice of Filing and all referenced enclosures to be electronically served upon the above listed parties on July 14, 2008.

                                                           /s/ Connie Arvia
                                                             Connie Arvia

MOMKUS McCLUSKEY, LLC
3051 Oak Grove Drive, Suite 220
Downers Grove, Illinois 60515
(630) 434-0400
Attorneys for Defendant, Radioactive Energy of Illinois, LLC
Attorney No. 6216016

W:\26_59\4231.070508\Federal Court Action\Pleadings\NOF AddressChange.doc